James Albert DENNISON, Appellant, v.
UNITED STATES of America.

No. 13306.

Circuit Court of Appeals, Eighth Circuit.

Sept. 6, 1946.

Sam M. Wear, U. S. Atty., and Earl A. Grimes, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution.

MARTIN MARINE TRANSPORTATION COMPANY, as Owner, etc., Libellant-Appellant, v. THE Steamtug BERMUDA; Southern Transportation Co., Claimant-Appellee.

No. 55, Docket 20314.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1946.

Macklin, Brown, Lenahan & Speer, of New York City (Leo F. Hanan, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (Charles A. Van Hagen, Jr., of New York City, of counsel), for appellee.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree 62 F.Supp. 284, affirmed in open court.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Linus NIEMEYER and Margaret Niemeyer, Copartners, d/b/a Niemeyer Bros.

No. 13434.

Circuit Court of Appeals, Eighth Circuit.

Sept. 23, 1946.

Gerhard P. Van Arkel, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

Paul A. PORTER, Administrator of Office of Price Administration, v. Ed BELL et al.

No. 3416.

Circuit Court of Appeals, Tenth Circuit.

Oct. 7, 1946.

David London, Director, Litigation Division, and Albert M. Dreyer, Chief, Appellate Branch, both of Washington, D. C., Leonard M. Cox, Regional Litigation Atty., of Dallas, Tex., James B. Nash, District Enforcement Atty., and Lawrence J. Wetzel, Litigation Atty., both of Wichita, Kan., for appellant.

T. M. Lillard and P. H. Lewis, both of Topeka, Kan., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.